

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2018

No. 04-18-00390-CV

**IN THE ESTATE OF JOSE ALFREDO MENDOZA,** Deceased,

From the County Court at Law, Starr County, Texas
Trial Court No. PR-16041
Honorable Romero Molina, Judge Presiding

# O R D E R

Appellant seeks to appeal an order granting a motion for partial summary judgment, signed on March 19, 2018. Generally, an appeal may be taken only from a final judgment. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Probate proceedings are an exception to the "one final judgment" rule; however, not every interlocutory order in a probate proceeding is appealable. *De Ayala v. Mackie*, 193 S.W.3d 575, 578 (Tex. 2006); *Crowson v. Wakeham*, 897 S.W.2d 779, 783 (Tex. 1995). Here, it is unclear from the record presently before this court whether the March 19, 2018 order is appealable under the *Crowson/De Ayala* standard.

It is therefore ORDERED that appellant show cause in writing within fifteen days of the date of this order why this appeal should not be dismissed for lack of jurisdiction. The briefing schedule is suspended pending our determination of whether we have jurisdiction over this appeal.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court